| Attorney or Party without Attorney:<br>Marc Fenster<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>4608-003 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT for the Eastern District of Texas |
|---|
| Plaintiff: Headwater Research LLC<br>Defendant: T-Mobile USA Inc. and Sprint LLC |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-00164 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint For Patent Infringement

3. a. Party served:     T-Mobile USA, Inc. c/o Corporation Service Company
   b. Person served:   Kaneisha Gross, Authorized to Accept Service for Corporation Service Company, Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   211 East 7th Street, Suite 620, Austin, TX 78701

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 13 2025 (2) at: 03:30 PM

6. **Person Who Served Papers:**
   a. Dane Ray Cuppett
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   
   d. **The Fee** for Service was: $478.25

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

02/13/2025
(Date)

(Signature)



PROOF OF SERVICE

12705213
(17108056)