| Attorney or Party without Attorney:<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>4608-003 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT for the Eastern District of Texas | | |
| Plaintiff: Headwater Research LLC<br>Defendant: T-Mobile USA Inc. and Sprint LLC | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-00164 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint For Patent Infringement

3. a. Party served:     Sprint LLC
   b. Person served:   Ellen Jones, Authorized to Accept for Corporation Services Company Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   300 Deschutes Way Southwest Suite 208, Tumwater, WA 98501

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Feb 18, 2025 (2) at: 12:00 PM

6. **Person Who Served Papers:**
   a. Ken Roswold reg: 2022-21, SNOHOMISH
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:   $309.25

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

2/21/25
(Date)

Ken S Roswell
(Signature)



PROOF OF SERVICE

12714187
(17110561)