AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Headwater Research LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-00164-JRG-RSP |
| T-Mobile USA, Inc. and Sprint LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                    .

Date:     03/12/2025                                                     /s/ Philip Wang
                                                                                    *Attorney's signature*

                                                                Philip Wang CA State Bar No. 262239
                                                                       *Printed name and bar number*

                                                                        Russ August & Kabat
                                                                  12424 Wilshire Blvd., 12th Floor
                                                                       Los Angeles, CA 90025

                                                                                    *Address*

                                                                          pwang@raklaw.com
                                                                                *E-mail address*

                                                                            (310) 826-7474
                                                                             *Telephone number*

                                                                            (310) 979-8268
                                                                                *FAX number*