# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. T-MOBILE USA, INC. and SPRINT LLC, *Defendants*. | Case No. 2:25-cv-00164 JURY TRIAL DEMANDED |

## T-MOBILE'S CORPORATE DISCLOSURE STATEMENT

Pursuant Federal Rule of Civil Procedure 7.1, Defendants T-Mobile USA, Inc. and Sprint LLC (collectively "T-Mobile" or "T-Mobile Defendants") by and through its undersigned counsel, hereby disclose that:

T-Mobile USA, Inc., a Delaware corporation, is a wholly-owned subsidiary of T-Mobile US, Inc., a Delaware corporation. T-Mobile US, Inc. (NASDAQ: TMUS) is a publicly-traded company listed on the NASDAQ Global Select Market of NASDAQ Stock Market LLC ("NASDAQ"). Deutsche Telekom Holding B.V., a limited liability company (besloten vennootschap met beperkte aansprakelijkheidraies) organized and existing under the laws of the Netherlands ("DT B.V."), owns more than 10% of the shares of T-Mobile US, Inc.

Sprint LLC is a wholly owned, direct subsidiary of T-Mobile USA, Inc.

Dated:  April 18, 2025

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
TBN 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

Kevin P. Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Ave. NW, Suite 700-East
Washington, DC 20001
Telephone: 202.776.7800
Facsimile:  202.478.2811

***Counsel for T-Mobile Defendants***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 18, 2025.

*/s/ Melissa R. Smith*