**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | |
| v. | Case No. 2:25-cv-00164 |
| T-MOBILE USA, INC. and SPRINT LLC, | JURY TRIAL DEMANDED |
| *Defendants*. | |

**JURY DEMAND**

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, T- Mobile USA,

Inc. and Sprint LLC hereby respectfully demand a jury trial on all issues so triable.


Dated:  April 18, 2025                         Respectfully submitted,

                                                              */s/ Melissa R.  Smith*
                                                              Melissa R. Smith
                                                              TBN 24001351
                                                              melissa@gillamsmithlaw.com
                                                              **GILLAM & SMITH LLP**
                                                              303 S. Washington Avenue
                                                              Marshall, Texas 75670
                                                              Telephone: 903.934.8450
                                                              Facsimile: 903.934.9257

                                                              Kevin P. Anderson
                                                              kpanderson@duanemorris.com
                                                              **DUANE MORRIS LLP**
                                                              901 New York Ave. NW, Suite 700-East
                                                              Washington, DC 20001
                                                              Telephone: 202.776.7800
                                                              Facsimile:  202.478.2811

                                                              ***Counsel for T-Mobile Defendants***

## CERTIFICATE OF SERVICE

This is to certify that on April 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Melissa R. Smith*