# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:25-CV-156-JRG-RSP |
| | § | (LEAD CASE) |
| CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS, VERIZON COMMUNICATIONS INC., and VERIZON CORPORATE SERVICES GROUP, INC., | § § § § § § | |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:25-CV-164-JRG-RSP |
| | § | (MEMBER CASE) |
| T-MOBILE USA, INC., AND SPRINT CORP., | § § § | |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:25-CV-215-JRG-RSP |
| | § | (MEMBER CASE) |
| AT&T SERVICES, INC., AT&T MOBILITY, LLC, AND AT&T ENTERPRISES, LLC, | § § § § | |
| *Defendants*. | § § | |

**ORDER**

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Headwater Research LLC ("Plaintiff") and Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.; T-Mobile USA, Inc., and Sprint Corp.; and AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Enterprises, LLC ("Defendants"). (Dkt. No. 52.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITHOUT prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 29th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE